IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EARNEST HAMLIN, | ) | |
|           Plaintiff, | ) | |
| | ) | |
| vs. | ) | Court No. 1:20-cv-01141 |
| | ) | |
| CITY OF CHICAGO, | ) | Honorable Valderrama |
| CPD P.O. DALCASON #5392 | ) | |
| in his individual capacity, | ) | Magistrate Judge Jeffrey Cole |
| CPD P.O. COLLAZO #11298 | ) | |
| in his individual and capacity, | ) | JURY TRIAL DEMANDED |
| WAVELAND BOWL, LLC | ) | |
|           Defendants. | ) | |

## JOINT DISCOVERY SCHEDULE

Pursuant to this Court's Order, the parties respectfully submit their Joint Discovery Schedule:

1. Discovery Schedule

    A. The parties have exchanged Mandatory Initial Disclosures.

    B. The parties have begun exchanging written discovery, the parties propose any additional written discovery be issued by April 30, 2021.

    C. The parties anticipate the following depositions:

        a. City Defendants and Defendant Waveland Bowl anticipate deposing Plaintiff, his damages witnesses, several occurrence witness (approximately 5-7 individuals known to Defendants at this time), Plaintiff's treating physicians, and potentially deposing the Assistant State's Attorneys who participated in the underlying criminal case.

    D. The parties therefore propose a fact discovery close date of September 1, 2021.

Respectfully Submitted,

| | |
|---|---|
| /s/ Michael P. Schmiege<br>Michael P. Schmiege<br>Law Offices of Michael P. Schmiege, PC<br>33 East 1st Street, 2nd Floor<br>Hinsdale, IL 60521<br>312-697-1836<br>312-626-2401<br>mikeschmiege@gmail.com<br>**Attorney for Plaintiff Earnest Hamlin** | /s/ Andréa L. Campbell<br>Iris Chavira<br>Cheryl Friedman<br>Andrea Campbell<br>City of Chicago<br>Department of Law<br>2 N. LaSalle Street, Suite 420<br>Chicago, IL 60602<br>312-744-8362<br>iris.chavira@cityofchicago.org<br>Cheryl.Friedman1@cityofchicago.org<br>Andrea.Campbell@cityofchicago.org<br>**Attorney for City of Chicago** |
| /s/ Ryan M .Neri<br>Craig M. Derrig<br>Ryan M. Neri<br>Wood Smith Henning & Berman, LLP<br>222 South Riverside Plaza<br>Suite 640<br>Chicago, Illinois 60606<br>(312) 766-4450 (p)<br>(312) 766-4451 (f)<br>cderrig@wshblaw.com<br>rneri@wshblaw.com<br>**Attorneys for Waveland Bowl, Inc. (incorrectly sued as Waveland Bowl, LLC)** | /s/ Jessica L. Griff<br>Victoria Rose Benson<br>Jessica Griff<br>Dortricia Penn<br>City of Chicago<br>Department of Law<br>2 N. LaSalle Street, Suite 420<br>Chicago, IL 60602<br>312-744-2826<br>victoria.benson@cityofchicago.org<br>Jessica.Griff@cityofchicago.org<br>Dortricia.Penn@cityofchicago.org<br>**Attorneys for Defendants John Dalcason and Michael Collazo** |